1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**
9                     **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12  ERROL SMITH,                    )    No. CV 14-4123-MMM (CW)
                                    )
13               Petitioner,        )    JUDGMENT
                                    )
14        v.                        )
                                    )
15  DANIEL PARAMO,                  )
                                    )
16               Respondents        )
    _____)
17
18        **IT IS ADJUDGED** that Grounds One, Two and Four of the Petition are
19  denied with prejudice, Ground Three of the Petition is denied without
    prejudice, and the action accordingly dismissed.
20
21
22  DATED:   January 15, 2015
23                                       _____
                                              MARGARET M. MORROW
24                                       United States District Judge
25
26
27
28